IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KELLI FERGUSON,                    )
                                   )
              Plaintiff,           )      DOCKET NUMBER 4:07CV3033
                                   )
        v.                         )
                                   )
TRI-CON INDUSTRIES,                )              ORDER
                                   )
              Defendant.           )
                                   )
_____    )

        This matter is before the court *sua sponte*.  On February 7,
2007, the court informed the parties by letter of their
obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f)
and to file a written report of their meeting.  No such report
has been received by the court.


        Accordingly,

        IT IS ORDERED, the parties shall report to the court in
accordance with Fed. R. Civ. P. 26(f) on or before May 31, 2007,
or show cause why sanctions should not be imposed upon them in
accordance with Fed. R. Civ. P. 16(f) and 37(g).

        DATED May 10, 2007.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge