```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

KELLI FERGUSON,                 )
                                )
            Plaintiff,          )         4:07CV3033
                                )
       v.                       )
                                )
TRI-CON INDUSTRIES, Ltd., and   )         ORDER
MANPOWER PROFESSIONAL           )
SERVICES, Inc.,                 )
                                )
            Defendants.         )
                                )
```

Upon the filing of the parties' Rule 26 planning conference report,

IT IS ORDERED that the order to show cause, filing 17, is withdrawn.

DATED this 16th day of May, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge