```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA

KELLI FERGUSON,              )
                             )
          Plaintiff,         )         4:07CV3033
                             )
     v.                      )
                             )
TRI-CON INDUSTRIES, LTD., and )        ORDER
MANPOWER PROFESSIONAL        )
SERVICES, INC.,              )
                             )
          Defendants.        )
                             )
```

IT IS ORDERED:

The unopposed oral motion of defendant Tri-Con Industries, Ltd., is granted and the Rule 16 telephone planning conference is continued from August 8 to August 22, 2007 at 9:30 a.m. Plaintiff's counsel shall initiate the call.

DATED this 7th day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge