```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| KELLI FERGUSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3033 |
| | ) | |
| v. | ) | |
| | ) | |
| TRI-CON INDUSTRIES, LTD. and | ) | ORDER |
| MANPOWER PROFESSIONAL | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On the court's own motion and with the agreement of counsel,

IT IS ORDERED:

The Rule 16 telephone planning conference is continued from today to August 23, 2007 at 9:00 a.m. Counsel for defendant Tri-Con Industries will place the call.

DATED this 22nd day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge