IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KELLI FERGUSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3033 |
| | ) | |
| V. | ) | |
| | ) | |
| MANPOWER PROFRESSIONAL SERVICES, INC., | ) | ORDER |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The court has been advised that Plaintiff Ferguson and Defendant Manpower Professional Services have reached a settlement of their claims. The case remains open as to Defendant Tri-Con Industries Ltd. Accordingly,

IT IS ORDERED that:

(1) Within **thirty (30)** calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court (and provide a copy to the magistrate judge and to United States District Judge Richard G. Kopf, the trial judge to whom this case is assigned), together with submitting to the trial judge a draft order which will fully dispose of the case as against Defendant Manpower Professional Services;

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

October 24, 2007.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge