THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KELLI FERGUSON, | ) | 4:07CV3033 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MANPOWER PROFESSIONAL | ) | |
| SERVICES INC. and TRI-CON | ) | |
| INDUSTRIES, LTD., | ) | |
| | ) | |
| Defendants. | ) | |

Because the plaintiff and defendant Manpower Professional Services Inc. have settled their claims[1] (filing 39),

IT IS ORDERED that the motion for summary judgment (filing 37) filed by Manpower Professional Services, Inc., is denied as moot.

October 25, 2007.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge

---

[1] The court has not been advised that the plaintiff has settled this matter as against defendant Tri-Con Industries, Ltd.