```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| KELLI FERGUSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3033 |
| | ) | |
| v. | ) | |
| | ) | |
| MANPOWER PROFESSIONAL SERVICES, INC., and TRI-CON INDUSTRIES, LTD., | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

**THIS MATTER** having come before the Court on Plaintiff, Kelli Ferguson's, and Manpower Professional Services Inc.'s Joint Stipulation to Dismiss Manpower Professional Services Inc. with Prejudice, filing 45, and the Court being advised in the premises,

**IT IS HEREBY ORDERED** that above-captioned action is dismissed with prejudice as to Defendant Manpower Professional Services Inc. only and with Plaintiff and Manpower Professional Services Inc. to bear their own costs and attorney's fees. Plaintiff may move for reinstatement of the action against Manpower Professional Services Inc. within sixty (60) days of the docketing of this Order if the settlement amount has not been paid within that time. This Order shall not apply to or affect Plaintiff's claims against Defendant Tri-Con Industries, Ltd.

DATED this 18th day of December, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge