THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KELLI FERGUSON, | ) | 4:07CV3033 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| TRI-CON INDUSTRIES, LTD., and | ) | |
| MANPOWER PROFESSIONAL | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation for dismissal with prejudice (filing 52), the court's prior order (filing 46), and Fed. R. Civ. P. 41, judgment is hereby entered, providing that as to defendant Tri-Con Industries, Ltd., this case is dismissed with prejudice for the reason that the parties have resolved the matter, and as to defendant Manpower Professional Services, Inc., this matter is dismissed with prejudice, with the parties to bear their own costs and attorney fees.

March 13, 2008.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge